DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATHAN LESSER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3026

[December 7, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 2017CF002895A.

Carey Haughwout, Public Defender, and Ross Frank Berlin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Castano v. State*, 920 So. 2d 707 (Fla. 4th DCA 2006); *Miller v. Alabama*, 567 U.S. 460 (2012).

CIKLIN, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***